the Fifth Circuit denied. *Mr. William E. Mason* for the petitioner. *Mr. Hiram Glass, Mr. John J. King, Mr. W. L. Estes* and *Mr. A. L. Burford* for the respondent.

---

No. 1064. THE MAYOR AND CITY COUNCIL OF BALTIMORE, PETITIONERS, *v.* ANDREW MILLER ET AL. April 8, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Sylvan Hayes Lauchheimer* and *Mr. Alexander Preston* for the petitioner. No appearance for the respondents.

---

No. 1036. CHOEMON KI KUCHI, CLAIMANT, ETC., PETITIONER, *v.* THE UNITED STATES. April 15, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. A. R. Serven* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

---

No. 1069. TEXARKANA GAS & ELECTRIC COMPANY, PETITIONER, *v.* MRS. OLLIE POWELL ET AL. April 15, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Max Pam, Mr. Charles S. Todd* and *Mr. John J. King* for the petitioner. *Mr. C. A. Culberson* for the respondents.

---

No. 1075. ARTHUR JOHNSON, PETITIONER, *v.* THE UNITED STATES. April 22, 1912. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted, the record presented with the petition